No. 04–8614. STEPHANATOS v. NEW JERSEY ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis*

denied. Petitioner is allowed until May 9, 2005, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.